# Third District Court of Appeal

## State of Florida

Opinion filed January 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1310
Lower Tribunal No. 14-15885
_____

**C.J., the Father,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Angelica D. Zayas, Judge.

Thomas Butler, P.A., and Thomas J. Butler, for appellant.

Karla Perkins, for appellee Department of Children & Families; Twig, Trade & Tribunal, PLLC, and Morgan Lyle Weinstein (Fort Lauderdale), and Thomasina F. Moore (Tallahassee), for appellee Statewide Guardian ad Litem Office.

Before SCALES, LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.